UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FRANCIS AMPADU, #A 044-738-553,

        Petitioner,

v.                                CIVIL ACTION NO. 2:16cv612

JEFFREY CRAWFORD, Director and
Officer in Charge of Farmville
Detention Center, *et al.*,

        Respondents.

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2241. Petitioner, an immigration detainee, seeks relief from detention pending his deportation to his country of citizenship, Ghana.

The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. Because Petitioner has already departed the United States to Ghana, thus ending his detention, the Magistrate Judge filed a Report and Recommendation on January 27, 2017 recommending this petition be denied and also dismissed as moot.

By copy of the report, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has received no objections to the Magistrate Judge's Report and Recommendation and the time for filing objections has now expired.

Accordingly, the Court accepts the findings and recommendations set forth in the report of the United States Magistrate Judge filed January 27, 2017. It is, therefore ORDERED that respondent's Motion to Dismiss is GRANTED, and that the petition is DENIED and DISMISSED as moot.

Petitioner may appeal from the Judgment entered pursuant to this Final Order by filing a notice of appeal with the Clerk of this Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within sixty days from the date of entry of such Judgment.

The Clerk shall mail a copy of this Final Order to petitioner at the address available of record[1] and provide an electronic copy of the Final order to counsel of record for respondent.

IT IS SO ORDERED.

/s/
Arenda L. Wright Allen
United States District Judge

2·27, 2017
Norfolk, Virginia

---

[1] Petitioner departed the United States on October 13, 2016, before the Magistrate Judge's Report and Recommendation was filed, and did not provide any updated address for service, as required by Local Rule 7(B). As a result, Petitioner may not have received a copy of the Report and Recommendation, nor any other documents filed after his original petition was filed.